# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: dpas | Date Created: 1/4/2022 |
| Case: 20−20123−GLT | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15300700    Lakeview Loan Servicing, LLC    C/O FLAGSTAR BANK, FSB    5151 Corporate Drive    Troy, MI 48098

TOTAL: 1