FILED
5/2/22 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re:* | : |
| | : Case No. 20-20123-GLT |
| **NANCI L. MILLER,** | : Chapter 13 |
| | : Related to Dkt. Nos. 39 and 40 |
| *Debtors.* | : Hearing: May 18, 2022 at 11 am |
| | : Response: May 16, 2022 |

## ORDER TO SHOW CAUSE
## AGAINST ANTHONY MOODY, ESQ.

This matter came before the Court upon its *Text Order* issued on March 30, 2022 [Dkt. No. 39] requiring the Debtor to comply with W.PA.LBR 3002-4(b) regarding the *Notice of Mortgage Payment Change* filed on March 7, 2022. The *Text Order* required compliance by April 13, 2022 or a daily $25 sanction would be imposed. On April 14, 2022, the Court issued a second *Text Order* [Dkt. No. 40] imposing a $150 sanction upon Anthony Moody, Esq. for failure to take corrective action within the timeframe allotted under the first *Text Order* [Dkt. No. 39]. Upon review with the Financial Clerk of this Court, it appears that the sanction has not been received and the Debtor has yet to comply with W.PA.LBR 3002-4(b).

For the foregoing reasons, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A hearing is set for **May 18, 2022 at 11 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at which time Anthony Moody, Esq. shall *personally appear* to show cause why the Court should not hold him in contempt for his failure to comply with several Court Orders and paying the assessed sanction.

2. On or before **May 16, 2022**, Anthony Moody, Esq. may file any response.

3.  If all necessary corrective action is taken on or before **May 16, 2022** (and the sanction payment is timely remitted), the Court may consider withdrawing this *Order to Show Cause*.

Dated: May 2, 2022

_____
GREGORY J. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtors
Anthony Moody, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-20123-GLT
Nanci L. Miller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nanci L. Miller, 106 Horning Road, Bethel Park, PA 15102-3048 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony M. Moody | on behalf of Debtor Nanci L. Miller amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11