**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
NANCI L. MILLER                                          Case No. 20-20123GLT

          Debtor(s)
RONDA J. WINNECOUR,                                      Chapter 13
Standing Chapter 13 Trustee,

         Movant                                        Document No __
   vs.
COUNTY OF ALLEGHENY (RE TAX)*

    Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

COUNTY OF ALLEGHENY (RE TAX)*                            Court claim# 7/Trustee CID# 19
C/O JORDAN TAX SVC-CUR/DLNQ CLCTR
POB 200
BETHEL PARK, PA 15102

The Movant further certifies that on 05/23/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

---

DEBTOR(S):
NANCI L. MILLER, 106 HORNING ROAD, BETHEL PARK, PA  15102-3048

DEBTOR'S COUNSEL:
ANTHONY M MOODY ESQ, MOODY LAW OFFICES PC, 90 WEST CHESTNUT ST - STE 603, WASHINGTON, PA  15301

ORIGINAL CREDITOR:
COUNTY OF ALLEGHENY (RE TAX)*, C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA  15102

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219

NEW CREDITOR: