**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NANCI L. MILLER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20123 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/12/2020 and confirmed on 02/12/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 121,478.00 |
| Less Refunds to Debtor | 2,085.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 119,393.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,490.00 | |
|    Trustee Fee | 6,099.38 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,589.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 94,842.37 | 0.00 | 94,842.37 |
|     Acct: 0347 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 20,104.75 | 13,052.90 | 0.00 | 13,052.90 |
|     Acct: 0347 | | | | |
|   BETHEL PARK SD (BETHEL PK) (RE) | 1,138.20 | 594.21 | 439.95 | 1,034.16 |
|     Acct: 2B54 | | | | |
|   BETHEL PARK SD (BETHEL PK) (RE) | 113.82 | 72.09 | 0.00 | 72.09 |
|     Acct: 2B54 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 118.88 | 55.18 | 45.64 | 100.82 |
|     Acct: 2B54 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 8.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 2B54 | | | | |
|   MUNICIPALITY OF BETHEL PARK (RE) | 51.52 | 51.52 | 51.09 | 102.61 |
|     Acct: 2B54 | | | | |
|   MUNICIPALITY OF BETHEL PARK (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2B54 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 235.68 | 235.68 | 347.22 | 582.90 |
|     Acct: 2B54 | | | | |

| 20-20123 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 15.77 | 15.77 | 0.00 | 15.77 |
| Acct: 2B54 | | | | |
| | | | | 109,803.62 |
| **Priority** | | | | |
| ANTHONY M MOODY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NANCI L. MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NANCI L. MILLER | 2,085.00 | 2,085.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MOODY LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANTHONY M MOODY ESQ | 3,490.00 | 3,490.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,837.01 | 0.00 | 0.00 | 0.00 |
| Acct: 4534 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 105.86 | 0.00 | 0.00 | 0.00 |
| Acct: 6156 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RISE CREDIT | 2,444.84 | 0.00 | 0.00 | 0.00 |
| Acct: 0619 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 3,503.45 | 0.00 | 0.00 | 0.00 |
| Acct: 8128 | | | | |
| UTILITY DISTRICT CREDIT UNION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7010 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 651.13 | 0.00 | 0.00 | 0.00 |
| Acct: 1895 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 22.47 | 0.00 | 0.00 | 0.00 |
| Acct: 8459 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8128 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROGRESSIVE AUTO INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                          109,803.62

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 21,787.26 |
| UNSECURED | 8.564.76 |

Date: 03/04/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com