# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE: Nanci L. Miller**  
    **Debtor(s)**

**BK NO. 20-20123 GLT**

**Chapter 13**

**Lakeview Loan Servicing, LLC**  
    **Movant**

**Related to Claim No. 9**

    **vs.**

**Nanci L. Miller**  
    **Debtor(s)**

**Ronda J. Winnecour**,  
**Trustee**

## CERTIFICATE OF SERVICE OF
## NOTICE OF PAYMENT CHANGE

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on 03/08/2021, I caused to be served the above captioned pleading on the parties at the addresses shown below in the manner indicated:

Debtor(s)  
Nanci L. Miller  
106 Horning Road  
Bethel Park, PA 15102  
VIA Regular Mail

Attorney for Debtor(s)  
Anthony M. Moody Esq.  
684 Beck's Run Road, Suite 101 (VIA ECF)  
Pittsburgh, PA 15210  
VIA ECF

Trustee  
Ronda J. Winnecour  
Suite 3250, USX Tower (VIA ECF)  
600 Grant Street  
Pittsburgh, PA 15219  
VIA ECF

Method of Service:  electronic means or first class mail

Dated: 03/08/2021

              **/s/ Maria D. Miksich, Esq**

      Brian C. Nicholas, Esq. (317240)  
      Maria D. Miksich, Esq. (319383)  
      Rebecca A. Solarz, Esq. (315936)  
      KML Law Group, P.C.  
      BNY Mellon Independence Center  
      701 Market Street, Suite 5000  
      Philadelphia, PA 19106  
      412-430-3594  
      bkgroup@kmllawgroup.com